No. 83–835. JOHNSON CITY CENTRAL SCHOOL DISTRICT ET AL. *v.* QUACKENBUSH ET AL. C. A. 2d Cir. Motion of Western New York Disability Law Coalition for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 83–1057. DIGILIO *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied. JUSTICE BRENNAN took no part in the consideration or decision of this petition.

No. 83–1102. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* HUTCHINS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–1130. BAIR, DIRECTOR, IOWA DEPARTMENT OF REVENUE, ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. Sup. Ct. Iowa. Motion of Iowa Farm Bureau Federation for leave to file a brief as *amicus curiae* granted. Certiorari denied.